# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OCTAVIA L. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-1100-HE |
| ) | |
| R & R ENTERPRISES OF TULSA, ) | |
| LLC and R & R FOOD SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff Octavia L. Morgan and Defendants R&R Enterprises of Tulsa, LLC and R&R Food Services, LLC, by and through the undersigned counsel, jointly stipulate to the dismissal of this action and all claims, counterclaims and cross-claims for relief related to or arising out of this action, with prejudice. In connection therewith, the parties agree that each party shall bear their own attorney's fees and costs.

Dated this 5th day of September, 2017.

| | |
|---|---|
| s/ Shannon C. Haupt | s/ Anne E. Zachritz |
| Jana B. Leonard, OBA No. 17844 | Anne E. Zachritz, OBA No. 15608 |
| Shannon C. Haupt, OBA #18922 | Dylan D. Erwin, OBA 31987 |
| *(Signed by filing Attorney with permission of Plaintiff Attorney)* | ANDREWS DAVIS |
| | A PROFESSIONAL CORPORATION |
| LEONARD & ASSOCIATES, P.L.L.C. | 100 N. Broadway, Suite 3300 |
| 8265 S. Walker | Oklahoma City, OK 73102 |
| Oklahoma City, OK 73139 | Telephone: (405) 272-9241 |
| Telephone: (405) 239-3800 | Facsimile: (405) 235-8786 |
| Facsimile: (405) 239-3801 | Email: aezachritz@andrewsdavis.com |
| Email: leonardjb@leonardlaw.net | Email: dderwin@andrewsdavis.com |
| haupts@leonardlaw.net | *Counsel for DefendantsJoi* |
| *Counsel for Plaintiff* | |

495879.1